UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DARRELL CANADA, et al., <br><br> Defendants. | Case No.  1:15-cv-00630-JAM-SAB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION BE REMANDED TO STATE COURT <br><br> ECF NO. 5 |

On April 27, 2015, the magistrate judge assigned to this action issued a Findings and Recommendations recommending that this action be remanded to state court.  (ECF No. 5.)  The Findings and Recommendations contained notice that any objections were to be filed within twenty-one (21) days.   To date, no party has filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

/ / /

/ / /

Accordingly, it is HEREBY ORDERED that:

1.     The April 27, 2015 Findings and Recommendations are ADOPTED IN FULL; and

2.     This action is REMANDED to state court.

DATED:  June 12, 2015

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE